[No. 15136–3–I.  Division One.  May 13, 1987.]

JUNE E. FOSTER, *Appellant,* v. STANLEY G. NEWELL,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–05042–1, Gerard M. Shellan, J., entered
July 3, 1984. *Reversed* by unpublished opinion per Swan-
son, J., concurred in by Coleman and Grosse, JJ.

[No. 7444–7–III.  Division Three.  May 14, 1987.]

EDWARD E. BIEVER, *Appellant,* v. SIDNEY N.
ROSENTHAL, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 84–2–02015–1, John A. Schultheis, J.,
entered October 8, 1985. *Affirmed in part* and *reversed in
part* by unpublished opinion per Green, J., concurred in by
Munson and Swanson, JJ.

[No. 7478–1–III.  Division Three.  May 14, 1987.]

NUCLEAR POWER SERVICES, INC., ET AL, *Appellants,* v. THE
AETNA CASUALTY & SURETY COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 81–2–00568–1, Robert S. Day, J., entered
November 14, 1985. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, A.C.J., and Munson,
J.